1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
9                                      AT TACOMA

10    STEVEN PAUL KOZOL,

11                              Petitioner,              CASE NO. 2:22-CV-760-MJP-DWC

            v.                                           ORDER GRANTING EXTENSION
12                                                        AND AMENDING CASE SCHEDULE
      RON HAYNES,
13
                              Respondent.
14

15          Currently before the Court is Respondent's Third Motion for Extension of Time to file

16   the answer and state court record in this federal habeas action. Dkt. 32. In a sworn declaration,

17   Counsel for Respondent states he requires additional time to prepare and file the answer and state

18   court record because of the complex legal issues and lengthy procedural history involved in this

19   case, competing demands in other habeas actions, and personal scheduling conflicts. *Id.* at 2–3.

20   Counsel for Respondent further states that he spoke with Petitioner's Counsel and Petitioner does

21   not object to this request. *Id.* at 4.

22          Upon agreement of the parties and for good cause shown, the Court grants the Motion

23   (Dkt. 30) and amends the case schedule (Dkt. 24) as follows:

24

ORDER GRANTING EXTENSION AND
AMENDING CASE SCHEDULE - 1

a. Respondent's answer and state court record is due not later than April 23, 2025. The answer must comply with Rule 5 of the Rules Governing Section 2254 Cases in United States District Courts. As part of such answer, Respondent shall state whether Petitioner has exhausted available state remedies and whether an evidentiary hearing is necessary. Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate. Respondent shall file the answer with the Clerk of the Court and serve a copy of the answer on Petitioner and his counsel.

b. Petitioner's traverse is due not later than May 14, 2025.

c. Respondent's optional reply is due not later than May 21, 2025, which will be the noting date for the Petition.

Finally, the Clerk of Court is directed to renote the Petition (Dkt. 1) for consideration on May 21, 2025.

Dated this 19th day of March, 2025.

David W. Christel
United States Magistrate Judge

ORDER GRANTING EXTENSION AND
AMENDING CASE SCHEDULE - 2