THE HONORABLE MARSHA PECHMAN

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN PAUL KOZOL,

    Petitioner,

v.

RON HAYNES,

    Respondent.

CASE NO. 22-CV-760-MJP-DWC

STIPULATED ORDER EXTENDING DATE FOR FILING OBJECTIONS TO REPORT AND RECOMMENDATION

**Noted for August 19, 2025**

IT IS HEREBY AGREED AND STIPULATED by the Petitioner, through his attorney, Neil M. Fox, and the Respondent, through Assistant Attorney General C. Mark Fowler, that, pursuant to LCR 72(b), the date for filing objections to the Report and Recommendation, Dkt. 46, is extended from August 26, 2025, to September 9, 2025.  This is based upon counsel's need to communicate with his incarcerated client and counsel's personal travel schedule.

STIPULATED ORDER EXTENDING DATE
FOR FILING OBJECTIONS TO REPORT AND
RECOMMENDATION - Page 1
*Kozol v. Haynes*, 22-CV-760-MJP-DWC

**Law Office of Neil Fox PLLC**
2125 Western Ave. Suite 330
Seattle, WA 98121
(206) 728-5440

DATED this 19th day August 2025.

Respectfully submitted,

s/ Neil M. Fox
WSBA No. 15277
Attorney for Petitioner

NICHOLAS BROWN
Attorney General

By:

s/ C. Mark Fowler
WSBA No. 59895
Assistant Attorney General
Attorney for Respondent

# ORDER

Based upon the stipulation of the parties and for good cause shown, IT IS SO ORDERED.

Objections to the Report and Recommendation, Dkt. 46, if any, should be filed with the Clerk and served upon all parties to this suit not later than September 9, 2025. Objections should be noted for consideration on the District Judge's motions calendar fourteen (14) days from the date they are filed. Responses to objections may be filed by the day before the noting date. If no timely objections are filed, the matter will be ready for consideration by the

STIPULATED ORDER EXTENDING DATE
FOR FILING OBJECTIONS TO REPORT AND
RECOMMENDATION - Page 2
*Kozol v. Haynes*, 22-CV-760-MJP-DWC

Law Office of Neil Fox PLLC
2125 Western Ave. Suite 330
Seattle, WA 98121
(206) 728-5440

1  District Judge on September 10, 2025.

   Dated: August 20, 2025

*Marsha J Pechman* (signature)

Marsha J Pechman
United States Senior District Judge

STIPULATED ORDER EXTENDING DATE
FOR FILING OBJECTIONS TO REPORT AND
RECOMMENDATION - Page 3
*Kozol v. Haynes*, 22-CV-760-MJP-DWC

**Law Office of Neil Fox PLLC**
**2125 Western Ave. Suite 330**
**Seattle, WA 98121**
**(206) 728-5440**