THE HONORABLE BARBARA J. ROTHSTEIN
MAGISTRATE JUDGE DAVID W. CHRISTEL

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

STEVEN PAUL KOZOL,

Petitioner,

v.

RON HAYNES,

Respondent.

NO. 2:22-CV-760-BJR-DWC

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO RULE 60(b)(1) MOTION

The Court, having considered Respondent's motion for an extension of time, ECF No. 70, the Declaration of C. Mark Fowler, and the records and files herein, finds good cause to GRANT the motion. The deadline for Respondent's response in opposition to Petitioner's Rule 60(b)(1) Motion to Vacate Judgment, ECF No. 67, is extended to October 27, 2026.

DATED this 6th day of October, 2026.

[signature]

THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Presented by:
NICHOLAS W. BROWN
Attorney General

*s/ C. Mark Fowler*
C. MARK FOWLER, WSBA # 59895
Assistant Attorney General



ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445